```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A00-0008--CR (JKS)
                "USA V ODALIS ENRIQUES NUNEZ"
              DEF 1.1 NUNEZ, ODALIS ENRIQUES

    Including terminated defendants, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed: 01/11/00
             Closed: 08/11/00
 No. of Defendants: 1
     MJ Case Number:
                AKA: ENRIQUE NUNEZ, JORGE RIVERA-RIVERA, JOSE NUNEZ, ODALIS NUNEZ, CARLOS
                     MENDEZ, INDIO NUNEZ, JOSE E. NUNEZ, ODALIS ENRIQUE NUNES, ORDARIN NUNEZ,
                     LOVIE NUNUZ, JEORGE C. RIVERA, CARLOS RIVERA, JORGE RIVERA, NUNEZ ENRIQUE
    Location status: U.S. Custody
         Trial date:
         Terminated: YES
  Needs interpreter: YES
  Counsel of record: Meredith Appel Ahearn
                     Hagans Ahearn et al
                     310 K Street, Suite 400
                     Anchorage, AK 99501
                     907-276-5294
                     FAX 907-276-8732
                     Serve: YES
                      Type: CJA
                      Role: 2255 Motion

                     Odalis E. Nunez
                     Pro Per: Calle 219 Casa #HA 105
                     Villa Carolina,
                     San Juan Puerto Rico
                     00982
                     Serve: YES
                      Type: Waived or Self
                      Role: Appeal


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Richard L. Pomeroy
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: 2255 Motion


Counts re: DEF 1.1 NUNEZ, ODALIS ENRIQUES
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 8:1326(a)&(b)(2) UNLAWFUL REENTRY OF ALIEN PREVIOUSLY DEPORTED FOLLOWING CONVICTION FOR AGGRAVATED FELONY (F) | Sentenced (49-1) |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A00-0008--CR (JKS)
                              "USA V ODALIS ENRIQUES NUNEZ"

                                    For all filing dates


   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 01/11/00
            Closed: 08/11/00
No. of Defendants: 1


 Document #   Filed     Docket text

 NOTE -   1   01/11/00  [Re: DEF 1] Issued WOA.

    1 -   1   01/11/00  [Re: DEF 1] PLF 1 Indictment.

    2 -   1   01/11/00  [Re: DEF 1] JDR Grand Jury Minutes held 01/11/00: WOA to be issued; no
                        bail (detention per 18:3142); set for arr & notify USM; def in INS
                        custody.

    3 -   1   01/11/00  [Re: DEF 1] JDR Minute Order re Arr set for 1/11/00 at 11:00 a.m. cc:
                        USA, USPO, USM

    4 -   1   01/13/00  [Re: DEF 1] Financial Affidavit.

    5 -   1   01/13/00  [Re: DEF 1] JDR Order of Detention Pending Hearing set for 1/14/00 at
                        10:30 a.m. cc: USA, FPD, USM, USPO

    6 -   1   01/14/00  [Re: DEF 1] JDR Court Minutes [ECR: Bonnie Boyer] re Arr on Indict (held
                        1/13/00); J. Salemi appointed; def detained; cont arr/Bail Review Hrg
                        set for 1/14/00 at 10:30 a.m. cc: USA, FPD, USM, USPO

    7 -   1   01/14/00  [Re: DEF 1] PLF 1 discovery conference certificate.

 NOTE -   2   01/18/00  Issued: Speedy Trial Notice to Judge Singleton. cc: Patty Demeter

    8 -   1   01/18/00  [Re: DEF 1] JDR Court Minutes [ECR: Linda Christensen] re Cont Arr/Bail
                        Review Hrg (held 1/14/00); def pled not guilty;; def detained; PTM's due
                        1/31/00. cc: USA, FPD, USM, USPO, Judge Singleton

    9 -   1   01/18/00  [Re: DEF 1] JDR Order of Detention Pending Trial. cc: USA, FPD, USM,
                        USPO

   10 -   1   01/18/00  [Re: DEF 1] JDR Order regarding preparation for trial re PTM's due
                        1/31/00; cnsl to meet & confer by 1/19/00. cc: USA, FPD

   11 -   1   01/19/00  [Re: DEF 1] JKS Minute Order that TBJ is set 9:00 a.m., 3/20/00; FPTC
                        set 4:00 p.m., 3/15/00.  cc: USA, FPD, USM, PO, MJ Roberts, JC

   12 -   1   01/21/00  [Re: DEF 1] JKS Order Appointing Interpreter Yolanda Salazar-Hobrough as
                        interpreter for in-court and out-of-court translation services for def
                        to TBJ scheduled to begin 3/20/00.  cc: USA, FPD, USM, PO, Finance, Y.
                        Salazar-Hobrough

   13 -   1   01/24/00  [Re: DEF 1] USM Return of WOA executed 01/13/00.

   14 -   1   02/02/00  DEF 1 motion to withdraw as counsel w/att aff of cnsl.

   15 -   1   02/04/00  [Re: DEF 1] JDR Minute Order that ex parte hrg re: mot to w/draw as cnsl
                        (14-1) is set 10:00 a.m., 2/7/00.  cc: J. Salemi, USM
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A00-0008--CR (JKS)
"USA V ODALIS ENRIQUES NUNEZ"

For all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| 16 - | 1 | 02/07/00 | [Re: DEF 1] JDR Court Minutes [ECR: Roy Van Hollebeke] re Ex Parte hrg re Mot to withdraw as cnsl (held 2/7/00); denying motion to withdraw as counsel (14-1). cc: FPD |
| 17 - | 1 | 02/23/00 | DEF 1 motion to withdraw as counsel w/att aff. |
| 18 - | 1 | 02/24/00 | [Re: DEF 1] JDR Minute Order re ex parte hrg re def's ex parte mot to withdraw (17-1) set for 2/25/00 at 9:30 a.m. cc: FPD |
| 19 - | 1 | 02/28/00 | {SEALED} |
| 20 - | 1 | 02/28/00 | {SEALED} |
| 21 - | 1 | 02/28/00 | DEF 1 motion (request) my attorney withdraw of my case w/atch afdvt. |
| 22 - | 1 | 02/28/00 | [Re: DEF 1] JDR Minute Order terminating in light of this order: motion (request) my attorney withdraw of my case (21-1). cc: USA, FPD, O. Nunez |
| 23 - | 1 | 03/02/00 | [Re: DEF 1] JDR Order of excludable delay re #14 (Order at #16) 2/2/00 to 2/8/00 (7 days) (code e) |
| 24 - | 1 | 03/02/00 | [Re: DEF 1] JDR Order of excludable delay re #17 (Order at #19) 2/23/00 to 2/28/00 (6 days) (code e). |
| 25 - | 1 | 03/07/00 | [Re: DEF 1] JKS Minute Order re FPTC prev set for 3/15/00 & TBJ prev set for 3/20/00 are VACATED and TBJ is RESET for 3/27/00 at 9:00 a.m. cc: USA, FPD, O. Nunez, USM, USPO, MJ Roberts, JC |
| 26 - | 1 | 03/13/00 | DEF 1 motion [request] for discovery w/att aff & exhs. |
| 27 - | 1 | 03/13/00 | [Re: DEF 1] JDR Minute Order re hrg on def's request for dscvy (26-1) set for 3/16/00 at 11:00 a.m. cc: USA, O. Nunez, FPD, USM, USPO |
| 28 - | 1 | 03/17/00 | [Re: DEF 1] JDR Court Minutes [ECR: Bonnie Boyer/Alisa Singleton] re: Hrg re def;s request for dscvy (26-1); granting/denying motion [request] for discovery (26-1). cc: USA, FPD, O. Nunez |
| 29 - | 1 | 03/20/00 | [Re: DEF 1] PLF 1 Proposed Jury Instructions. |
| 30 - | 1 | 03/20/00 | [Re: DEF 1] PLF 1 Trial Brief. |
| 31 - | 1 | 03/20/00 | [Re: DEF 1] PLF 1 Proposed Voir Dire . |
| 32 - | 1 | 03/22/00 | [Re: DEF 1] JKS Minute Order that PCOP hrg is set for 3/24/00 at 11 am. cc:USA, FPD, USM, PO, MJ Roberts |
| 33 - | 1 | 03/22/00 | DEF 1 Notice of Intent to change plea. |
| 34 - | 1 | 03/24/00 | [Re: DEF 1] JKS Court Minutes [ECR: Elisa Singleton] of PCOP (held 3/24/00); def changed plea to guilty re: Ct 1 of Indt; IOS set 6/7/00 at 8:30 a.m.; def detained pending IOS; TJB VACATED.  cc: USA, FPD, USM, PO, JC, MJ Roberts, O. Nunez |
| 35 - | 1 | 06/02/00 | [Re: DEF 1] JKS Minute Order re IOS RESET set for 6/16/00 at 8:30 a.m. cc: USA, FPD, USM, USPO |

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CRIMINAL DOCKET ENTRIES FOR CASE A00-0008--CR (JKS)
                              "USA V ODALIS ENRIQUES NUNEZ"

                                     For all filing dates


 Document #    Filed       Docket text

    36 -   1  06/09/00     [Re: DEF 1] PLF 1 Sentencing Memorandum.

    37 -   1  06/13/00     DEF 1 Sentencing Memorandum.

    38 -   1  06/20/00     [Re: DEF 1] JKS Court Minutes [ECR: Roy Van Hollebeke] of IOS (held
                           6/16/00) plf's oral mot to cont matter GRANTED; cont IOS set 9:30 a.m,.
                           8/4/00.  cc: USA, Def, FPD, USM, PO

    39 -   1  07/17/00     DEF 1 motion to compel documents in advance of 08/04/00 sentencing w/att
                           aff.

    40 -   1  07/20/00     [Re: DEF 1] JWS Order granting motion to compel documents in advance of
                           08/04/00 sentencing (39-1).  cc: A. Renschen, J. Salemi

    40A-   1  07/24/00     DEF 1 motion to delay sentencing for 60 days.

    41 -   1  07/25/00     DEF 1 Attorney Substitution of M. Taggart for J. Salemi.

    42 -   1  07/26/00     DEF 1 motion to continue IOS w/atch afdvt.

    42 -   2  07/26/00     DEF 1 motion for consideration on shortened time re motion to continue
                           IOS w/atch afdvt.

    43 -   1  07/27/00     [Re: DEF 1] PLF 1 non-opposition to DEF 1 motion to continue IOS w/atch
                           afdvt. (42-1), DEF 1 motion for consideration on shortened time re
                           motion to continue IOS (42-2).

    44 -   1  07/28/00     DEF 1 Status of cnsl.

    45 -   1  07/31/00     [Re: DEF 1] JKS Minute Order that hrg re: def's mots to cont IOS is set
                           10:00 a.m., 8/2/00.  cc: USA, O. Nunez, FPD, USM, PO

    46 -   1  08/03/00     [Re: DEF 1] JKS Court Minutes [ECR: Bonnie Boyer] Hrg re: def's mot to
                           continue IOS(#40A & 42) (held 8/2/00); denying motion to delay
                           sentencing for 60 days. (40A-1); granting motion to continue IOS (42-1),
                           motion for consideration on shortened time re motion to continue IOS
                           (42-2); Crt VACATED IOS set for 8/4/00 and RESET IOS for 8/10/00 at 9
                           a.m.; crt to allow def Nunez to appear as co-cnsl; def Nunez allowed to
                           file motions. cc: USA, FPD, Nunez, USM, PO

    47 -   1  08/09/00     DEF 1 motion for obstruction of justice.

    48 -   1  08/09/00     [Re: DEF 1] Transcript re: IOS held 6/16/00.

    49 -   1  08/11/00     [Re: DEF 1] JKS Judgment pleaded guilty to count(s) 1 of the Indictment
                           (1-1); sentenced 77 months; supervised release 36 months; SA $100. cc:
                           USA, FPD, O. Nunez, USM, PO, FLU, Finance, MJ Roberts

    50 -   1  08/14/00     [Re: DEF 1] JKS Court Minutes Cont IOS (held 8/10/00) denying motion for
                           obstruction of justice (47-1); sentenced for a period of 77 mo; SA $100;
                           witness & exh list & exhs attached.

    50A-   1  08/14/00     DEF 1 appeal to 9CCA of (49-1) filed 08/11/00. cc: cnsl, Judge, 9CCA, US
                           Marshal, Probation, Nunez

    51 -   1  08/16/00     DEF 1 motion (notice of information) for transcript of sentencing
                           hearing.

 ACRS: R_RDSDX                     As of 12/01/05 at 2:53 PM by GARRY                        Page 3
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CRIMINAL DOCKET ENTRIES FOR CASE A00-0008--CR (JKS)
                                "USA V ODALIS ENRIQUES NUNEZ"
```

|                                   |
| --------------------------------- |
| For all filing dates              |

| Document # | Filed | Docket text |
| --- | --- | --- |
| 51A- 1 | 08/18/00 | DEF 1 appeal to 9CCA of (49-1) filed 08/11/00. cc: cnsl, Judge, US Marshal, Probation, 9CCA, Nunez |
| 52 - 1 | 08/21/00 | [Re: DEF 1] Transcript (realtime reporter) re: IOS held 8/10/00. |
| 53 - 1 | 08/22/00 | DEF 1 motion for reconsideration of the defendant's file. |
| 54 - 1 | 08/22/00 | DEF 1 motion to vacate, set aside, or correct sentence (28:2255). |
| 55 - 1 | 08/31/00 | [Re: DEF 1] Cy 9CCA Time Schedule Order. (50A-1), (51A-1) cc: cnsl, Nunez, ECR, 9CCA (orig) |
| 56 - 1 | 09/01/00 | [Re: DEF 1] JKS Minute Order denying motion for reconsideration of the defendant's file (53-1), motion to vacate, set aside, or correct sentence (28:2255) (54-1). cc: USA, O. Nunez |
| 57 - 1 | 09/01/00 | [Re: DEF 1] JKS Civil Judgment (Re: A00-0250 CV); 2244 dismissed. cc: USA, O. Nunez, MJ Roberts |
| 58 - 1 | 09/15/00 | DEF 1 Address Change Notice. |
| 59 - 1 | 09/27/00 | DEF 1 motion for filing underseal the motion to produce documentation w/att proposed motion.(motion lodged in seal file) |
| 60 - 1 | 09/28/00 | [Re: DEF 1] Partial Transcript (realtime reporter) re: IOS held 8/10/00. |
| 61 - 1 | 10/02/00 | DEF 1 motion to request all medical files. |
| 62 - 1 | 10/03/00 | [Re: DEF 1] JKS Order denying motion for filing underseal the motion to produce documentation (59-1).  Nunez should understand that his case is on appeal and therefore any furher filings by him should be in the appellate crt. cc:USA, O. Nunez |
| 63 - 1 | 10/10/00 | [Re: DEF 1] Transcript re: PCOP held 3/24/00. |
| 64 - 1 | 10/10/00 | [Re: DEF 1] Transcript hrg re: def's mots to continue imposition of sentence held 8/2/00. |
| 65 - 1 | 10/31/00 | [Re: DEF 1] JKS Minute Order denying w/o prejudice motion to request all medical files (61-1).  cc: USA, O. Nunez |
| 66 - 1 | 10/31/00 | [Re: DEF 1] CJA appointment of M. Spaan (re: Appeal). |
| 67 - 1 | 11/01/00 | [Re: DEF 1] JKS Minute Order that FPD is appointed to represent def on his appeal; clerk to give FPD notice of this order; FPD to cmmunicate w/Nunez and assure that propsoer record is prepared; clerk to return all pro se filings presently undocketed to def w/o prejudice to further filings by FPD on def's behalf; clerk shall not accept for filing any further pro se filings by def until such time as his appeal is resolved and a Mandate from the appellate crt issues; record should reflect that this crt has already denied def's attempt to bring a 28:2255 proceeding on its merits and informed def that it will not entertain any further §2255 petitions from his so long as his case is on appeal.  cc: USA, M. Spaan, FPD (CJA Clerk), Def (w/pro se filings) |
| 68 - 1 | 11/02/00 | DEF 1 Response to Order (dkt #67) re: cnsl representation. |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CRIMINAL DOCKET ENTRIES FOR CASE A00-0008--CR (JKS)
                                   "USA V ODALIS ENRIQUES NUNEZ"

                                       For all filing dates


 Document #    Filed      Docket text

    69 -  1   11/03/00   DEF 1 Transcript Designation: notice of appeal (50A-1), (51A-1). cc: ECR

  NOTE -  3   12/19/00   Notation (re: Appeal): Deft's pro se notice of appeal lodged in file
                         (copy furnished to deft's cnsl) - not filed pursuant to Dkt #67.

    70 -  1   01/12/01   USM Return of judgment executed re: DEF 1 on 1-3-01 to White Deer, PA.

  NOTE -  4   03/22/01   Notation (re: Appeal): Forwarded 03/10/01 letter from deft to 9CCA.

  NOTE -  5   06/15/01   Transmittal: Forwarded D.C. record to 9CCA consisting of 3 original
                         volumes and 1 sealed.

    71 -  1   10/01/01   [Re: DEF 1] 9CCA Judgment re: notice of appeal (50A-1), (51A-1) that the
                         district court's decision is AFFIRMED. cc:USA,M. Spaan, Judge Singleton

  NOTE -  6   10/22/01   Notation (re: Appeal): Received file from 9CCA consisting of (3) vol of
                         clk's file & (1) vol of sealed file.

    72 -  1   02/13/02   Return of subps.

    73 -  1   10/31/02   DEF 1 motion for production of record w/att exhs.

    74 -  1   11/21/02   [Re: DEF 1] PLF 1 non-oppo to DEF 1 mot for production of record (73-1).

    75 -  1   11/26/02   [Re: DEF 1] JKS Order granting motion for production of record (73-1).
                         cc: USA, DEF, USPO

    76 -  1   04/04/03   DEF 1 motion under 28:2255 to vacate, set aside, or correct sentence.

    77 -  1   04/15/03   [Re: DEF 1] JKS Order Directing Service & Response; def's request for
                         crt apptd cnsl or notice to proceed w/o cnsl due 5/14/03; USA answer due
                         6/13/03 unless CJA cnsl is apptd; any mot for evident hrg due 30 days
                         after USA files an answer; case is referred to MJ Roberts. cc: USA w/cy
                         of #76, O. Nunez w/USDCA 40, CJA 23, Notice of Intent to Proceed W/O
                         cnsl, pro se handbook, MJ Roberts

    78 -  1   04/29/03   DEF 1 motion for appointment of counsel w/att memo & fin aff.

    79 -  1   04/30/03   [Re: DEF 1] JDR Minute Order granting motion for appointment of counsel
                         (78-1); FPD to appt CJA or represent def; cnsl to confer w/def & file
                         amended petition or notice of none due 5/13/03; govt's answer due
                         6/13/03. cc: USA, O. Nunez, FPD CJA Clerk

    80 -  1   05/02/03   [Re: DEF 1] CJA appointment of D. Reed-Slayten.

    81 -  1   05/12/03   DEF 1 motion for enlargement of time to amend 2255 petition.

    81 -  2   05/13/03   [Re: DEF 1] JDR Order granting motion for enlargement of time to amend
                         2255 petition (81-1); Amended petition due 6/13/03; respondent's answer
                         due 7/14/03. cc: USA, D. Reed-Slaten

    82 -  1   05/13/03   Doc #82 NOT USED.

    83 -  1   06/17/03   DEF 1 Unopposed motion for ext of time (to 6/20) to file amended 2255.

    84 -  1   06/20/03   [Re: DEF 1] AHB Order granting unopposed motion for ext of time (to
                         6/20) to file amended 2255 (83-1). cc: USA, D. Reed-Slaten

ACRS: R_RDSDX                    As of 12/01/05 at 2:53 PM by GARRY                       Page 5
```

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A00-0008--CR (JKS)
                             "USA V ODALIS ENRIQUES NUNEZ"

                                 For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 85 - 1 | 06/26/03 | DEF 1 motion for ext of time (to 7/7) to file amended §2255 petition. |
| 86 - 1 | 06/30/03 | [Re: DEF 1] JDR Order granting motion for ext of time to 7/7/03 to file amended §2255 petition (85-1); govt's oppo due 8/7/03. cc: USA, D. Reed-Slaten |
| 87 - 1 | 07/08/03 | DEF 1 motion for ext of time (to 7/18) to file amended §2255 petition. |
| 88 - 1 | 07/15/03 | [Re: DEF 1] JDR Order granting motion for ext of time to 7/18/03 to file amended §2255 petition; govt's reply due 8/20/03 (87-1). cc: USA, D. Reed-Slaten |
| 89 - 1 | 07/21/03 | DEF 1 motion to withdraw as atty of record. |
| 90 - 1 | 07/24/03 | [Re: DEF 1] JDR Minute Order re ex parte hrg on def's mot to w/d as atty of record (89-1) set for 7/31/03 at 9:30 a.m. cc: D. Reed-Slaten |
| 91 - 1 | 07/28/03 | DEF 1 Notice of Intent to proceed w/o counsel w/att ltrs. |
| 92 - 1 | 07/31/03 | [Re: DEF 1] JDR Court Minutes [ECR: Debby Willoughby-Lyons] re ex parte hrg re motion to w/d as cnsl (89-1) hld 7/31/03; hrg cont to 8/1/03 at 10:00 a.m. cc: D. Reed-Slaten |
| 93 - 1 | 08/01/03 | [Re: DEF 1] JDR Court Minutes [ECR: Debby Willoughby-Lyons] re Cont Ex Parte Hrg re Motion to Withdraw as Cnsl #89 hld 7/31/03; def was unavailable; crt will issue written ruling. cc: D. Reed-Slaten |
| 94 - 1 | 08/04/03 | [Re: DEF 1] JDR Minute Order granting motion to withdraw as atty of record (89-1); def is deemed to represent himself; amended mot to vacate (28:2255) due COB 8/25/03; govt's has 30 days to respond to amended mot. cc: USA, D. Reed-Slaten, Def, FPD (CJA Clerk) |
| 95 - 1 | 08/15/03 | DEF 1 motion for appointment of counsel. |
| 96 - 1 | 09/09/03 | [Re: DEF 1] JDR Minute Order granting motion for appointment of counsel (95-1); cnsl for def to confer w/def & file amended pet or notice of none due 10/9/03; govt's answer due 11/10/03. cc: USA, O. Nunez, FPD CJA Clerk |
| 97 - 1 | 10/09/03 | [Re: DEF 1] Attorney Appearance of M. Ahearn. |
| 98 - 1 | 10/09/03 | DEF 1 Unopposed motion for ext of time (to 11/10/03) to file amended pet. |
| 99 - 1 | 10/09/03 | [Re: DEF 1] CJA appointment of M. Ahearn. |
| 100 - 1 | 10/15/03 | [Re: DEF 1] JDR Order granting unopposed motion for ext of time to 11/10/03 to file amended petition & govt's response due 12/10/03 (98-1). cc: USA, M. Ahearn |
| 101 - 1 | 11/10/03 | DEF 1 Unopposed motion for ext of time to file amended petition. |
| 102 - 1 | 11/12/03 | [Re: DEF 1] JDR Order granting motion Unopposed motion for ext of time to file amended petition (101-1); amended pet due 12/2/03; govt's response due 1/5/04. cc: USA, M. Ahearn |
| 103 - 1 | 12/01/03 | DEF 1 motion for an ext of time (to 12/9) to file amended petition. |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CRIMINAL DOCKET ENTRIES FOR CASE A00-0008--CR (JKS)
                                  "USA V ODALIS ENRIQUES NUNEZ"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 104 - 1 | 12/03/03 | [Re: DEF 1] JDR Order granting motion for an ext of time (to 12/9) to file amended petition (to 1/9) to file answer (103-1). cc: USA, M. Ahearn |
| 105 - 1 | 12/09/03 | DEF 1 motion for extension of time (to 1/16/04) to file amended petition. |
| 106 - 1 | 12/10/03 | [Re: DEF 1] PLF 1 non-opposition to DEF 1 motion for extension of time (to 1/16/04) to file amended petition (105-1). |
| 107 - 1 | 12/11/03 | [Re: DEF 1] JDR Order granting motion for extension of time (to 1/16/04) to file amended petition (to 2/17/04) to file answer (105-1). cc: USA, M. Ahearn |
| 108 - 1 | 01/15/04 | DEF 1 motion for evidentiary hearing on def's 2255 motion w/att memo & exhs. |
| 108 - 2 | 01/15/04 | DEF 1 memorandum in support of DEF 1 motion under 28:2255 to vacate, set aside, or correct sentence (76-1) w/att exhs. |
| 109 - 1 | 02/06/04 | [Re: DEF 1] JDR Minute Order re govt's oppo, if any, to def's mot for evident hrg (108-1) due 2/17. cc: USA, M. Ahearn |
| 110 - 1 | 02/10/04 | [Re: DEF 1] PLF 1 Attorney Substitution of Richard L. Pomeroy (AUSA). |
| 111 - 1 | 02/12/04 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion under 28:2255 to vacate, set aside, or correct sentence (76-1), DEF 1 motion for evidentiary hearing on def's 2255 motion (108-1). |
| 111 - 2 | 02/12/04 | [Re: DEF 1] PLF 1 motion to dismiss 28:2255. |
| 112 - 1 | 03/19/04 | [Re: DEF 1] JDR Minute Order denying motion for evidentiary hearing on def's 2255 motion (108-1).  If Nunez files an oppo to govt's mot to dismiss he may incorporate  an agrument for evidentiary hrg as part of the briefing of the that oppo.  Any oppo by Nunez shall be filed by COB 4/2/04.  Any reply thereto shall be filed by the COB 4/13/04. cc: USA, M. Ahearn |
| 113 - 1 | 04/02/04 | DEF 1 opposition to PLF 1 motion to dismiss 28:2255 (111-2) w/att exh. |
| 113 - 2 | 04/02/04 | DEF 1 motion for an evidentiary hearing on 28:2255 motion. |
| 114 - 1 | 04/13/04 | [Re: DEF 1] PLF 1 reply to opposition to [Re: DEF 1] PLF 1 motion to dismiss 28:2255 (111-2). |
| 114 - 2 | 04/13/04 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion for an evidentiary hearing on 28:2255 motion (113-2). |
| 115 - 1 | 05/06/04 | Initial R&R re: [Re: DEF 1] PLF 1 motion to dismiss 28:2255 (111-2); Recommended be granted; Objections due 05/21/04. Reply due 06/02/04. cc: USA, M. Ahearn, Judge Singleton |
| 116 - 1 | 05/19/04 | DEF 1 objection to R&R re: [Re: DEF 1] PLF 1 motion to dismiss 28:2255. (111-2)and def's agrument for evidentiary hrg. |
| 117 - 1 | 06/02/04 | [Re: DEF 1] PLF 1 reply to objection to R&R re: [Re: DEF 1] PLF 1 motion to dismiss 28:2255 (111-2). |

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET ENTRIES FOR CASE A00-0008--CR (JKS)
                         "USA V ODALIS ENRIQUES NUNEZ"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 118 - 1 | 06/04/04 | Final R&R re: [Re: DEF 1] PLF 1 motion to dismiss 28:2255 (111-2); MJ declines to modify recoomendation that motion be granted. cc: USA, M. Ahearn, Judge Singleton |
| 119 - 1 | 06/28/04 | [Re: DEF 1] JKS Order adopting R&R at dkts 115 & 18; denying mot under 28:2255 to vacate, set aside, or correct sentence (76-1); granting mot to dismiss 28:2255 (111-2); terminating in light of this order: mot for an evidentiary hrg on 28:2255 mot (113-2); def has 35 days to file mot for cert of appealability. cc: USA, M. Ahearn, MJ Roberts |
| 120 - 1 | 06/28/04 | [Re: DEF 1] JKS Judgment dismissing 2255 pet w/prej. cc: USA, M. Ahearn, MJ Roberts |
| 121 - 1 | 07/08/04 | {SEALED} |
| 121 - 2 | 07/20/04 | {SEALED} |
| 122 - 1 | 12/14/04 | DEF 1 motion for writ of error in coraam nobis w/att exhs. |
| 123 - 1 | 12/28/04 | [Re: DEF 1] JKS Order dismissed w/o prejudice motion for writ of error in coraam nobis (122-1). cc: USA, O. Nunez |
| 124 - 1 | 01/13/05 | DEF 1 appeal to 9CCA of (123-1) filed 12/28/04. cc: O. Nunez, Judge Singleton, 9CCA |
| NOTE - 7 | 01/14/05 | Transmittal: Forwarded notice of appeal (124-1) to 9CCA. |
| 125 - 1 | 01/14/05 | [Re: DEF 1] cy 9CCA Certificate of Record. (124-1) cc: USA, O. NUNEZ, Judge Singleton, 9CCA (original) |
| 126 - 1 | 05/02/05 | [Re: DEF 1] Copy of Order from 9CCA. (124-1) cc:USA, O. Nunez, Judge Singleton |
| NOTE - 8 | 05/04/05 | Notation (re: Appeal): forwarded USDC Judge Order re: COA. |
| 127 - 1 | 05/04/05 | [Re: DEF 1] JKS Order re def is not entitled to a certificate of appealability. cc: cnsl, appeals clerk |
| 128 - 1 | 08/22/05 | DEF 1 motion to amend pursuant to civil rules & procedure for rule 15(c). |
| 129 - 1 | 09/16/05 | [Re: DEF 1] JKS Order denying motion to amend pursuant to civil rules & procedure for rule 15(c) (128-1). cc: USA, O. Nunez |
| 130 - 1 | 10/11/05 | 9CCA Final Order re: notice of appeal (124-1) that the request for COA is denied. Appellant's mot for appt of cnsl is denied. cc: O. Nunez, USA, Judge Singleton |
| 131 - 1 | 10/18/05 | DEF 1 motion pursuant to rule 15(c). |
| 131 - 2 | 10/18/05 | DEF 1 Address Change Notice. |
| 132 - 1 | 11/10/05 | [Re: DEF 1] JWS Order denying motion pursuant to rule 15(c) (131-1). cc: USA, M. Ahearn |